FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI MEI YOUNG HUANG, <br><br> Plaintiff, <br><br> vs. <br><br> DON REED ET AL, <br><br> Defendants. | CASE NO. CV 14-5231 (SH) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTIONS |

     The Court will remand the unlawful detainer action (Los Angeles Superior Court Case 14PO2412), as well as the separate Complaint filed by defendants against plaintiff (Los Angeles Superior Court Case BC536349) because Defendants have improperly removed both cases.

     On July 7, 2014, defendants Don Reed and Pixie Reed, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court. The Reeds' Notice of Removal also included a Superior Court case which they had filed on February 14, 2014 as plaintiffs, in which Hui Mei Young Huang was named as a defendant. (BC536349). The Reeds also presented applications to proceed *in forma pauperis*. The Court has denied the latter applications under separate cover because neither action was properly removed. To

1 prevent the actions from remaining in jurisdictional limbo, the Court issues this Order to
2 remand the actions to state court.
3     Simply stated, Plaintiff could not have brought the unlawful detainer action
4 in federal court in the first place, in that Defendants do not competently allege facts
5 supplying either diversity or federal question jurisdiction, and therefore removal is
6 improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S.
7 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of
8 citizenship exists, the amount in controversy does not exceed the diversity jurisdiction
9 threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-
10 detainer complaint recites that the amount in controversy does not exceed $10,000.
11 Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28
12 U.S.C. §§ 1331, 1441(b). As to the other case (BC536349), plaintiffs may not remove that
13 case to this court. Only a defendant may do so. 28 U.S.C. 1441 (a).
14     Accordingly, IT IS ORDERED that Case 14P02412 is REMANDED to the
15 Superior Court of Caliornia, 300 E. Walnut St., Pasadena Ca 91101; and Case BC536349
16 is REMANDED to the Superior Court of California, Los Angeles County, Central District,
17 Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012, each case for
18 lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send
19 a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this
20 Order on the parties.
21     IT IS SO ORDERED.
22     DATED: 7/9/14

                                GEORGE H. KING
                     CHIEF UNITED STATES DISTRICT JUDGE